ISIDORE MILLER, Appellant, *v.* DISCOUNT FACTORS, INC., Respondent; DAVID LIPPEL, Respondent, et al., Defendants. (Consolidated Actions.)

Submitted January 3, 1956; decided January 12, 1956.

Motion to dismiss appeal denied and case set down for argument during the first week of the February, 1956, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE D'AULA, Appellant.

Submitted January 3, 1956; decided January 12, 1956.

Motion to have appeal heard upon the original record and typewritten briefs, for enlargement of time and for assignment of counsel, granted and case set down for argument during the March, 1956, session of the Court of Appeals, and C. Benn Forsyth, Esq., 65 Broad Street, Rochester, New York, assigned as counsel to defendant on the appeal herein.